ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:16-CR-132-A<br>(Supersedes Indictment returned on<br>on August 11, 2016 adding defendants<br>Ashley Simpson and Jose Pablo Morales<br>only.) |
| ASHLEY SIMPSON (32)<br>JOSE PABLO MORALES (33) | |

FOURTH SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2015, and continuing until in or around August 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Ashley Simpson** and **Jose Pablo Morales,** along with Trae Short, also known as Twig, and Nicole Cynthia Herrera, also known as Nikki Single, not named as defendants herein, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**Fourth Superseding Indictment - Page 1**

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ASHLEY SIMPSON (32)
JOSE PABLO MORALES (33)

FOURTH SUPERSEDING INDICTMENT
21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

DALLAS                                                           FOREPERSON

Filed in open court this 7th day of September, 2016.

---

**Both defendants in Federal Custody.**

UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:16-MJ-510 Ashley Simpson (32);
4:16-MJ-521 Jose Pablo Morales (33))